◼ KEVIN GRENIER et al., Respondents, v NIAGARA LEASING CORP., Defendant, and MICKEY TRUCK BODIES, INC., Appellant. [696 NYS2d 730] —Judgment and order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Howe, J. (Appeal from Judgment and Order of Supreme Court, Erie County, Howe, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Scudder and Balio, JJ.